Certificate Number: 11504-VAE-CC-020664145



11504-VAE-CC-020664145

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 4, 2013</u>, at <u>4:34</u> o'clock <u>PM CDT</u>, <u>Ricky Lee Waters</u> received from <u>Stand Sure Credit Counseling, a/k/a Biblical Financial Concepts, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Virginia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  <u>April 4, 2013</u>       By:  <u>/s/Carol McWaters</u>

Name:  <u>Carol McWaters</u>

Title:  <u>Administrator</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 11504-VAE-CC-020664158



11504-VAE-CC-020664158

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 4, 2013, at 4:34 o'clock PM CDT, Susan Lynn Waters received from Stand Sure Credit Counseling, a/k/a Biblical Financial Concepts, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:  April 4, 2013            By:    /s/Carol McWaters

                                Name:  Carol McWaters

                                Title: Administrator

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).