# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Norfolk__ Division

**In re**  Ricky Lee Waters                               **Case No.**  13-71712-FJS
Susan Lynn Waters
                  **Debtor(s)**                           **Chapter**  13


                  **Plaintiff(s)**                        **AP No.** *[If applicable]*

**v.**


                  **Defendant(s)**


## ORDER STRIKING PLEADING

An Amended Schedule(s) and/or Statement(s), Lists, having been filed by Steve C. Taylor on behalf of the Debtors, on 07/11/2013, and proponent having failed to timely cure the deficiencies as set forth in the

Notice to Cure Filing Fee Deficiency pursuant to the provisions of LBR 1006-1(C)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                                        WILLIAM C. REDDEN
                                        Clerk of Court

Date: July 16, 2013                     By /s/ Mozelle K. Jones
                                             Deputy Clerk


                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET July 16, 2013

[ostrkpldg ver. 12/09]